| | | | |
|---|---|---|---|
| In the Interest of: J.H. | 910 EDA 2016 Affirmed | 11/08/2016 | CP–51–AP–0000580–2013 (Philadelphia) |
| In the Interest of: C.D. and E.D. | 989 EDA 2016 Affirmed | 11/08/2016 | CP–15–DP–0000070–2014 CP–15–DP–0000071–2014 (Chester) |
| Com. v. Angstadt | 2135 MDA 2015 Affirmed | 11/08/2016 | CP–55–CR–0000224–2011 CP–55–CR–0000404–2011 (Snyder) |
| In re Estate of Liverant | 2243 MDA 2015 Quashed | 11/08/2016 | 6701–0694 (York) |
| Com. v. Kent | 236 MDA 2016 Affirmed | 11/08/2016 | CP–40–CR–2194–1995 (Luzerne) |
| Com. v. Goad | 255 MDA 2016 Vacated and Remanded | 11/08/2016 | CP–55–CR–0000147–2011 CP–55–CR–0000413–2010 (Snyder) |
| Com. v. Ellis | 771 WDA 2015 Affirmed | 11/08/2016 | CP–02–CR–0009622–2008 (Allegheny) |
| US Bank National Assoc. v. Cataldo | 1571 WDA 2015 Affirmed | 11/08/2016 | MG–12–483 (Allegheny) |
| Com. v. Okorie | 1854 WDA 2015 Affirmed | 11/08/2016 | CP–02–CR–0012588–2014 (Allegheny) |
| In re Adoption of K.M.S.; Appeal of J.M.S. | 1858 WDA 2015 Affirmed | 11/08/2016 | No. 7 of 2015 (Westmoreland) |
| Com. v. Easley | 1868 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 11/08/2016 | CP–25–CR–0000071–2015 (Erie) |
| Com. v. Mathis | 1884 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 11/08/2016 | CP–25–CR–0001397–2015 (Erie) |
| Com. v. Brown | 1997 WDA 2015 Affirmed | 11/08/2016 | CP–02–CR–0015843–2014 (Allegheny) |
| Com. v. Wise [15] | 6 WDA 2016 Affirmed | 11/08/2016 | CP–16–CR–0000095–2015 (Clarion) |

15. Petition for reargument denied January 19, 2017.